# United States District Court
for the
District of Connecticut

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v. | ) | Case No. 3:16-mj-00702-WIG |
| | ) | |
| Cavan Devine, | ) | |
| Defendant | ) | |

**ATTACHMENT**

**ORDER SETTING CONDITIONS OF RELEASE**

IT IS ORDERED that the defendant's release is subject to these additional conditions:

- The defendant shall not associate with children under the age of 18 except in the presence of a responsible adult who is aware of the nature of the defendant's background and current offense and who has been approved by the Probation Office.

- The defendant shall not be employed in any position or participate as a volunteer in any activity that involves contact with children under the age of 18, except as approved by the probation officer.

- The defendant shall submit all photographic equipment, personal computers, media storage devices, or other Internet capable devices and related equipment, owned, controlled or used by them to a compliance review conducted by the U.S. Probation Office or its designee at a reasonable time and reasonable manner without prior notice or search warrant. The defendant will also permit the Probation Office to install and use monitoring programs on all such equipment, and will allow the U.S. Probation Office to use such equipment as is necessary to determine the presence of an Internet/Wi-Fi connection. The defendant shall pay all or a

portion of the costs associated with such equipment based upon the defendant's ability to pay, as determined by the Probation Office.

- The defendant shall not download, install, or utilize any application, software, or hardware that will prevent the U.S. Probation Office from monitoring the defendant's computer activity. This includes, but is not limited to, encryption, anonymity, or invisible mode software or devices, or dark web Internet browsers.

In all other respects the original order setting conditions remains the same.

## Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of all conditions of release. I promise to obey these conditions of release, to appear as directed, and surrender to serve any sentence imposed.

_____
Defendant's Signature

Bridgeport, CT
City and State

Date: 1/27/2016

/s/ William I. Garfinkel, USMJ
_____
William I. Garfinkel,
United States Magistrate Judge