UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, : | CASE NO.: 3:16MJ702 (WIG) |
| PLAINTIFF : | |
| : | |
| v. : | |
| : | |
| CAVAN DEVINE, : | |
| DEFENDANT : | April 21, 2017 |

## MOTION, NUNC PRO TUNC, TO CONTINUE PROBABLE CAUSE HEARING

The defendant, CAVAN DEVINE, through undersigned counsel, respectfully moves this Court to continue his Probable Cause Hearing to June 1, 2017 or a date thereafter. In support of this motion, undersigned counsel represents as follows:

1. On or about December 9, 2016 Mr. Devine was arrested and charged with Possession of Narcotics with Intent to Distribute, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A).

2. On December 15, 2016 Mr. Devine was released and entered a long-term inpatient program.

3. Undersigned counsel has had preliminary discussions with the government and has been provided with some information that undersigned has discussed with Mr. Devine.

4. In an effort to further productive discussions with the government, undersigned counsel is in the process of gathering information that bears on relevant conduct that was discovered during the course of the investigation.

5. Undersigned counsel has consulted with Mr. Devine regarding some of the relevant Federal Rules of Criminal Procedure and will submit a signed Waiver of his Speedy Indictment Rights.

WHEREFORE, for the foregoing reasons, the defendant respectfully moves to continue his Probable Cause Hearing date.

>Respectfully submitted,
>CAVAN DEVINE
>
>___/s/ Audrey Felsen_
>Audrey A. Felsen, Esq.
>Koffsky & Felsen, LLC
>1150 Bedford Street
>Stamford, CT  06905
>Phone:  (203) 327-1500
>Fax:     (203) 327-7660
>Fed. Bar. No.:  ct20891
>afelsen@aol.com

## **CERTIFICATION**

THIS IS TO CERTIFY that on April 21, 2017 a copy of the foregoing was filed electronically [and served by mail on anyone unable to accept electronic filing].  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                                                   __/s/ Audrey Felsen__
                                                   Audrey A. Felsen